**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 227 MAL 2021

             Respondent             :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

              v.                       :

ZHAIRE N. DEKEYSER,               :

              Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.